

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00339-CR

Lucio **HERNANDEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3904W
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On November 5, 2019, the clerk of this court sent a letter to the court reporter, Monica Crawford, notifying her that the reporter's record was overdue. On December 17, 2019, Ms. Crawford filed a notification of late record stating the reason she had not filed the reporter's record in this appeal was because she had not been contacted by appellant's counsel to produce the record. On December 23, 2019, we ordered appellant's counsel to request the preparation of the reporter's record from the court reporter on or before December 31, 2019. On December 29, 2019, appellant's counsel filed a written request for the preparation of the reporter's record.

We ORDER Ms. Crawford to file the reporter's record **on or before February 10, 2020**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court